No. 175.  Sweezy v. New Hampshire by Wyman, Attorney General.  Appeal from the Supreme Court of New Hampshire.  Further consideration of the question of jurisdiction is postponed to the hearing of the case

on the merits. *Thomas I. Emerson* for appellant. *Louis C. Wyman*, Attorney General of New Hampshire, for appellee.